1  **JOEL D. LEIDNER**
   *Attorney at Law*
2  LEIDNER & LEIDNER, A.P.C.
   4622 Hollywood Boulevard
3  Los Angeles, Ca 90027
   Bar# 52559
4  Telephone: (323) 664-5670
   Fax: (323) 662-0840
5
6  Attorney for Plaintiff
   Maclovio Ortega
7
   THOMAS P. O'BRIEN
8  United States Attorney
   LUCILLE GONZALES MEIS
9  Regional Chief Counsel, Region IX
   Social Security Administration
10 John C. Cusker
   Special Assistant United States Attorney
11      333 Market Street, Suite 1500
        San Francisco, California 94105
12      Telephone: (415)977-8975
        Facsimile: (415)744-0134
13      Email: john.cusker@ssa.gov
14 Attorneys for Defendant
   Commissioner of Social Security
15
                  UNITED STATES DISTRICT COURT
16
                 CENTRAL DISTRICT OF CALIFORNIA
17
                       WESTERN DIVISION
18
19
20 MACLOVIO ORTEGA
                                    )   Case No: CV 07-07193 ~~CJC~~ (RZ)
21              Plaintiff,          )
                                    )
22        v.                        )   [~~PROPOSED~~] ORDER AWARDING
                                    )    EQUAL ACCESS TO JUSTICE ACT
23 MICHAEL J. ASTRUE,               )   ATTORNEY FEES AND COSTS
   Commissioner of                  )   PURSUANT TO 28 U.S.C. §§ 192**0**
24 Social Security,                 )   AND 2412(d)
                                    )
25              Defendant.          )
                                    )
26 _____ )
27
        Based upon the parties' Stipulation for the Award and Payment of Equal Access
28
   to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

   assignee, shall be awarded attorney fees under EAJA in the amount of three thousand

                                   -1-

1    nine hundred dollars and no cents ($3,900.00), as authorized by 28 U.S.C. §§ 1920 and

2

3    2412(d)., subject to the terms of the above-referenced Stipulation.

4

5    Dated:   October 27, 2008

6
                                            _____
7
                                            RALPH ZAREFSKY
8                                            United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28